Anton Mikelionis, defendant in error, v. Stanley Konecki, plaintiff in error. Gen. No. 35,698.

 Opinion filed July 13, 1932. Rehearing denied July 25, 1932.

John Owen, for plaintiff in error. Frank N. Hillis, for defendant in error.

Mr. Presiding Justice McSurely delivered the opinion of the court.